**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Byron G. Rogers United States Courthouse
1929 Stout Street, C450
Denver, Colorado 80294

**LEWIS T. BABCOCK** 303-844-2527
Judge

August 30, 2010

## MEMORANDUM

TO: Greg Langham, Clerk

FROM: Judge Babcock      s/LTB

RE: Criminal Action No. 10-cr-00446-LTB
 USA v. Castillo-Arment and Rocha-Acosta

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp