IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

COURTROOM MINUTES

| Courtroom Deputy: Kathy Preuitt-Parks | Date: October 14 , 2010 |
| Court Reporter: Janet Coppock | Time: 52 minutes |
| Probation Officer: n/a | Interpreters: Adrianna Weisz and Susanna Cahill |

**CASE NO. 10-CR-00446-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Zachary Phillips |
| Plaintiff, | |
| vs. | |
| **CHRISTIAN CASTILLO-ARMENT, and ALDO ROCHA-ACOSTA,** | Normando Pacheco<br>Christopher Beasley |
| Defendants. | |

**MOTIONS HEARING and TRIAL PREPARATION CONFERENCE**

**2:13 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendants are present and in custody.

Interpreters sworn with no challenges to their qualifications.

**Defendant Also Rocha-Acosta's Motion to Continue Jury Trial (Doc #51), filed 10/14/10.**

**Government's Notice of 404(b) as to defendant Also Rocha-Acosta (Doc #52), filed 10/14/10.**

**2:13 p.m.**    Argument by Mr. Beasely in support of defendant's motion.  Questions by the Court.

**2:21 p.m.**    Argument by Mr. Pacheco.  Questions by the Court.

**2:27 p.m.**    Argument by Mr. Phillips.  Questions by the Court.

Comments by the Court.

**ORDERED:**    Defendant   Aldo Rocha-Acosta's Oral Motion for Hearing on the 404(b) issues is **GRANTED**.  Counsel directed to chambers to schedule hearing.

**ORDERED:**    404(b) written submissions are due **November 8, 2010.**  Defendant may file additional motions based on the 404(b) evidence by **November 8, 2010.**  Government's responses are due **10 days** thereafter.

**2:41 p.m.**    **COURT IN RECESS**

**2:53 p.m.**    **COURT IN SESSION**

Discussion regarding speedy trial.

**ORDERED:**    Defendant Aldo Rocha-Acosta's Motion to Continue Jury Trial (Doc #51 , filed 10/14/10, is **GRANTED.**  Trial scheduled for October 19, 2010 at 8:00 a.m. is **VACATED** and reschedule for **December 27, 2010 at 8:00 a.m.**

**ORDERED:**    Motions deadline is extended to **November 8, 2010.**  Government's responses are due **10 days** thereafter.

**ORDERED:**    Government's Motion for Protective Order (Doc #50), filed 10/13/20, is **GRANTED.**

**ORDERED:**    Defendant Aldo Rocha-Acosta's Motion to Compel Disclosure of Confidential Informant (Doc #38), filed 9/27/10, is **DENIED as MOOT**.

**ORDERED:**    Defendant Christian Castillo-Arment's appearance is waived for the 404(b) hearing.

Page Three
10-CR-00446-PAB
October 14, 2010

**ORDERED:** Defendants are REMANDED to the custody of the U.S. Marshal.

**3:05 p.m.     COURT IN RECESS**

**Total in court time:     52 minutes**

**Hearing concluded**