IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00446-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHRISTIAN CASTILLO-ARMENT,
2. ALDO ROCHA-ACOSTA,

    Defendants.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    The Trial Preparation Conference in this matter is scheduled for **December 21, 2010 at 11:00 a.m.** in Courtroom A-701 before Judge Philip A. Brimmer.

    DATED December 2, 2010