IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00446-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHRISTIAN CASTILLO-ARMENT

    Defendant.

_____

**ORDER**
_____

    This matter comes before the Court on defendant Christian Castillo-Arment's May 9, 2011 letter to the Probation Department [Docket No. 84].  The subject matter of the letter is defendant's objections to the presentence investigation report.  The letter was filed "ex parte."

    Pursuant to Amended General Order 2010-3, paragraph 4, "an objection to a presentence report . . . may be filed ex parte only with leave of the sentencing court."  However, the letter itself indicates that it was faxed to opposing counsel.  Thus, it appears that defendant may have intended to file his objections under seal.  If so, Amended General Order 2010-3, paragraph 5, states that "an objection to a presentence report . . . may be filed under seal only if the requirements of D.C.COLO.LCrR 47.1 are satisfied."  No such justification was filed.  Wherefore, it is

    ORDERED that defendant may have until May 11, 2011 to comply with Amended General Order 2010-3, paragraph 5.  If defendant fails to file a request in

compliance with the General Order by that date, the Clerk of the Court shall remove the filing restrictions on Docket No. 84.

DATED May 9, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge